AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

ALVON SHONEER SURRELL, SR.,

      Petitioner,               JUDGMENT IN A CIVIL CASE

  v.

                                 CASE NUMBER:  **3:17-cv-00185-RCJ-VPC**

STATE OF NEVADA, et al.,

      Respondent(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.
      **IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

April 5, 2017                                          **DEBRA K. KEMPI**
                                                           Clerk

                                                           /s/ K. Rusin
                                                           Deputy Clerk