# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALVON SHONEER SURRELL, SR.,

    Petitioner,                                          3:17-cv-00185-RCJ-VPC

vs.

                                                    **ORDER**

STATE OF NEVADA,

    Respondent.

_____/

This habeas corpus action was closed on April 5, 2017. On March 27, 2017, Alvon Shoneer Surrell, Sr., who was then apparently incarcerated at the Washoe County Detention Facility, submitted for filing a petition for writ of habeas corpus (ECF No. 1-1). Surrell did not pay the $5 filing fee for the action, and he did not submit an application to proceed *in forma pauperis*. Furthermore, Surrell's habeas petition was not on a form approved by the Court. Surrell's petition appeared to be on a form meant for filing in state court; it was captioned for filing in Nevada's Second Judicial District Court, rather than in this federal district court. Furthermore, there was no indication in the petition that Surrell had exhausted his state-court remedies, by first presenting his claims for relief in state court before seeking habeas corpus relief in federal court. For those reasons, this case was summarily dismissed, without prejudice, and judgment was entered accordingly. *See* Order entered April 5, 2017 (ECF No. 3); Judgment entered April 5, 2017 (ECF No. 4).

On October 19, 2017, Surrell filed a motion (ECF No. 5), requesting copies of documents from the Court's file in this case, stating that his copies of the materials were lost in the course of a transfer.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall update the docket with respect to the petitioner's current address, which is found in his most recent filing (ECF No. 5).

**IT IS FURTHER ORDERED** that petitioner's Motion for Order Directing Clerk to Provide Copy of Record (ECF No. 5) is **GRANTED**. The Clerk of the Court shall send to petitioner a copy of his petition in this case (ECF No. 1-1), a copy of the Order entered April 5, 2017 (ECF No. 3), a copy of the Judgment entered April 5, 2017 (ECF No. 4), along with a copy of this order.

Dated this 20th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE